IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALDANO DORVILIAS,<br><br>    Petitioner,<br><br>  v.<br><br>DAVID MARIN, et. al.<br><br>    Respondent. | NO. EDCV-26-00763-SVW (AGR)<br><br>ORDER REQUIRING RESPONSE TO PETITION (FEDERAL CUSTODY)<br>**EXPEDITED** |

Petitioner has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  To facilitate the just, speedy, and inexpensive determination of this action, **IT IS ORDERED** that:

1. The Clerk shall promptly (a) serve a copy of the petition and a copy of this Order on Respondent and the United States Attorney, or his authorized agent, in accordance with Rule 4(i) of the Federal Rules of Civil Procedure; and (b) serve a copy of this Order on Petitioner.

2. Within 14 days, Respondent shall serve and file a Notice of Appearance notifying the court of the name of the attorney who will have principal charge of the case, together with the address where the attorney may be served, and the attorney's telephone and fax number.

1

3.      Respondent shall file and serve an answer to the petition **no later than 21 days from the date this Order**.  At the time the answer is filed, Respondent shall lodge with the court all records bearing on the merits of Petitioner's claims.  The answer shall also specifically address the necessity for an evidentiary hearing to resolve any issue.

4.      Petitioner may file a reply responding to matters raised in the answer within **14 days** of the date of service thereof.  The reply (a) shall state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) shall be limited to facts or arguments responsive to matters raised in the answer; and (c) shall not raise new grounds for relief that were not asserted in the petition. Grounds for relief withheld until the reply will not be considered unless the court grants leave to amend the petition.  No reply shall exceed 10 pages in length absent advance leave of court for good cause shown.

5.      A request by a party for an extension of time within which to file any pleading will be granted only on a showing of good cause, and should be made in advance of the due date of the pleading.  Any such request shall be accompanied by a declaration explaining why an extension of time is necessary and by a proposed order granting the requested extension.

6.      Unless otherwise ordered by the court, the matter shall be deemed submitted on the day following the date the reply is due.

7.      Every document delivered to the court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing unrepresented party).  Any document delivered to the court without a certificate of service may be returned to the submitting party and without consideration by the court.

8.      Respondent shall, in every pleading it files with the court that includes exhibits, tab those exhibits in such a manner that they can be readily identified and accessed by the court. In addition, Respondent shall label each document with the corresponding number of the document indicated in the Notice

of Lodgment.

9.  If Petitioner wishes to receive a conformed copy of a document filed with the court, he shall submit one original and one copy of the document.

10.  Petitioner shall immediately notify the court and Respondent of any change of Petitioner's address.  If Petitioner fails to keep the court informed of where Petitioner may be contacted, this action will be subject to dismissal for failure to prosecute.

11.  Respondent must give timely notice of any court proceeding to any person who is a "crime victim" within the meaning of 18 U.S.C. § 3771.

DATED: April 17, 2026

_____
ALICIA G. ROSENBERG
United States Magistrate Judge